**THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  Jerome Altman** ) | |
| ) | **Case No:  17 B 12034** |
| ) | **Judge:     Barnes** |
| ) | **Chapter  13** |
| **Debtor** ) | |

**NOTICE OF MOTION**

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan, Suite 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor:** Jerome Altman, 1039 N. Menard, Chicago, IL 60651
See attached service list.

PLEASE TAKE NOTICE that on January 7, 2021 at 2:00PM. I will appear before the Honorable Judge Barnes or any judge sitting in that judge's place, and present the Motion to Modify Plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance with a hearing.

By: /s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC

          211 W. Wacker Dr, Suite 300
          Chicago, IL 60606
          312-273-5001
          Angie.harb@clientfirstbankruptcy.com

## **CERTIFICATE OF SERVICE**

I, Angelica Harb, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on December 17, 2020, before 6:00PM.

```
Label Matrix for local noticing        U.S. Bankruptcy Court                    A/r Concepts
0752-1                                  Eastern Division                         18-3 E Dundee Rd
Case 17-12034                           219 S Dearborn                           Barrington, IL 60010-5275
Northern District of Illinois           7th Floor
Eastern Division                        Chicago, IL 60604-1702
Thu Dec 17 16:58:27 CST 2020

American InfoSource                     American InfoSource LP                   Arnold Scott Harris
PO Box 248848                           TMoible                                  111 W. Jackson Blvd., Ste. 600
Oklahoma City, OK 73124-8848            POB 248848                               Chicago, IL 60604-3517
                                        Oklahoma City, OK 73124-8848


CBCS                                    Cci                                      (p)JPMORGAN CHASE BANK  N A
POB 2589                                Contract Callers I                       BANKRUPTCY MAIL INTAKE TEAM
Columbus, OH 43216-2589                 Augusta, GA 30901                        700 KANSAS LANE FLOOR 01
                                                                                 MONROE LA 71203-4774


City of Chicago Department of Finance   City of Chicago Parking                  Com Ed
c/o Arnold Scott Harris P.C.            Dept of Revenue                          PO Box 6111
111 W. Jackson Blvd Ste.600             PO Box 88292                             Chicago, IL 60609
Chicago, IL 60604-3517                  Chicago, IL 60680-1292


Enhanced Recovery Co L                  Enhancrcvrco                             IL Dept of Healthcare and Family
8014 Bayberry Rd                        8014 Bayberry Rd                         Division of Child Support Enforceme
Jacksonville, FL 32256-7412             Jacksonville, FL 32256-7412              PO Box 19119
                                                                                 Springfield, IL 62794-9119


IRS                                     (p)ILLINOIS DEPARTMENT OF REVENUE        Illinois Tollway
Special Procedures - Insolvency         BANKRUPTCY UNIT                          2700 Ogden Ave
PO Box 7346                             PO BOX 19035                             Downers Grove, IL 60515-1703
Philadelphia, PA 19101-7346             SPRINGFIELD IL 62794-9035


Linebarger Goggan Blair & Sampson       Margaret Altman                          Midland Credit Management
POB 06152                               2022 S. First Avenue                     8875 Aero Drive
Chicago, IL 60606-0152                  Maywood, IL 60153-3303                   San Diego, CA 92123-2255


PEOPLES GAS LIGHT & COKE COMPANY        Peoples Gas                              Richard J Daley Center
200 EAST RANDOLPH STREET                200 East Randolph                        50 W Washington St
CHICAGO, ILLINOIS 60601-6433            Chicago, IL 60601-6302                   Room 1005
                                                                                 Chicago, IL 60602-1464


(p)SPRINT NEXTEL CORRESPONDENCE         Stellar Recovery                         T Mobile/T-Mobile USA Inc
ATTN BANKRUPTCY DEPT                    PO Box 1119                              by American InfoSource LP as agent
PO BOX 7949                             Charlotte, NC 28201-1119                 4515 N Santa Fe Ave
OVERLAND PARK KS 66207-0949                                                      Oklahoma City, OK 73118-7901


United Recovery Systems                 Jason Blust                              Jerome Altman
5800 North Course Dr.                   Law Office of Jason Blust, LLC           1039 N. Menard
Houston, TX 77072-1613                  211 W. Wacker Drive                      Basement
                                        Ste. 300                                 Chicago, IL 60651-2665
                                        Chicago, IL 60606-1390
```

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Mtg
P.o. Box 24696
Columbus, OH 43224

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664

(d)Illinois Department of Revenue Bankruptcy
PO Box 19035
Springfield, IL 62794-9035

Sprint
Attn Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Jerome Altman** ) | |
| ) | **Case No:   17 B 12034** |
| ) | **Judge:       Barnes** |
| ) | **Chapter    13** |
| **Debtor** ) | |

## MOTION TO MODIFY PLAN

Now comes Jerome Altman (hereinafter referred to as "Debtor"), by and through his attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On April 17, 2017, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on June 15, 2017. The confirmed plan called for payments of $280.00 for 48 months, paying unsecured creditors 8% on their claims.

3. The Debtor fell behind on plan payments because he works as an after school teacher, and he had a delayed start returning back to school due to COVID-19. Debtor usually returns to work at the start of the school year in September 2020. Due to COVID-19, there was no need for him to come in to work. Debtor's job entails looking after kids that are dropped off for care after-school. Due to COVID-19, there were no parents leaving their kids to be looked after by the school. Debtor has now returned to work as of December 2020. He believes he can continue to make the plan payments if his default is deferred to the end of the plan.

4. Debtor respectfully requests to defer his current plan payment default to the end of the plan.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Deferring his current plan payment default;
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001
Angie.harb@clientfirstbankruptcy.com